| | |
|---|---|
| **1** | Ara Sahelian, Esq., [CBN 169257] |
| **2** | SAHELIAN LAW OFFICES |
| **3** | 23046 Ave de la Carlota, Ste 600 |
| **4** | Laguna Hills, CA 92653 |
|   | Direct : 949 859 9200 |
| **5** | Fax : 949 954 8333 |
| **6** | email : sahelianlaw@me.com |
| **7** | Attorneys for Walter W. Carnwright; Marilyn K. Carnwright; Autoworks |
| **8** | Specialists of Apple Valley, LLC |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
### (Eastern Division - Riverside)

Walter Ford

    Plaintiff,

vs.

Walter W. Carnwright,

Marilyn K. Carnwright,

Autoworks Specialists of

Apple Valley, LLC

    Defendants.

.

CASE NO.: 5:19-cv-00997-FMO-AGR

THE HONORABLE FERNANDO M. OLGUIN

**TABLE OF CONTENTS AND AUTHORITIES**

Complaint Filed: 5/31/19
Hearing Date: **September 5, 2019**
Hearing Time: 10:00 AM

**TABLE OF CONTENTS AND AUTHORITIES**

**TABLE OF CONTENTS**

**I. INTRODUCTION**

**Compliance with Local Rule 7-3 .... 2**

**Relief Sought .... 2**

**II. BACKGROUND**

**III. DISCUSSION**

**a. The Complaint Is Jurisdictionally Defective ... 3**

Plaintiff Must Allege Facts Demonstrating the Existence of an Injury-In-Fact,

Even at the Pleading Stage .... 4

**b. The Court Should Decline to Exercise Supplemental Jurisdiction over the UNRUH Civil Rights Act Cause of Action. .... 8**

## TABLE OF AUTHORITIES

*Bernhardt v. County of Los Angeles*, 279 F.3d 862, 868 (2002) .... 3

*United States v. Hays*, 515 U.S. 737, 742 (1995) .... 3

*Lujan v. Defenders of Wildlife*, 504 U.S. 555, 561 …. 3

*Bender v. Williamsport Area Sch. Dist.*, 475 U.S. 534, 541(1986) .... 3

*Warth v. Seldin*, 422 U.S. 490, 518 (1975) .... 3

*Chapman v. Pier 1 Imps. (U.S.), Inc.*, 631 F.3d 939, 955 (9th. Cir. 2011) (en banc) .... 5

*Doran v. 7-Eleven, Inc.*, 524 F.3d 1034, 1041 (9th. Cir. 2008) .... 10

*Parr v. L & L Drive-Inn Restaurant*, 96 F. Supp. 2d 1065, 1079. (D. Haw. 2000) .... 10

*D'Lil v. Best W. Encina Lodge & Suites*, 538 F.3d 1031 .... 10

*Rocca v. DEN 109 LP,* 684, Fed. Appx. 667, 669 …. 11

*Ashcroft v. Iqbal,* 556 U.S. 662, 664 …. 12

*Sprewell v. Golden State Warriors*, 266 F.3d 979, 988 (9th Cir 2001) …. 12

*Starr v. Baca*, 633 F.3d 1191, 1204 (9th Cir. 2011) …. 13

Fed. R. Civ. P. 12(h)(3) .... 3

Fed. R. Civ. P. 12(b)(1) .... 12

Cal. Civ. §55 … 13

42 U.S.C. §12205 … 13

Cal. Civ. §52(a) …. 13

Cal. Civ. P. Section 425.50 (c) …. 13

Unruh Act …. 13