CENTER FOR DISABILITY ACCESS
Chris Carson, Esq., SBN 280048
Dennis Price, Esq., SBN 279082
Elliott Montgomery, Esq., SBN 279451
8033 Linda Vista Road, Suite 200
San Diego, CA 92111
elliottm@potterhandy.com
(858) 375-7385; (888) 422-5191 fax

Attorneys for Plaintiff

SAHELIAN LAW OFFICES
Ara Sahelian, SBN 169257
23046 Ave de la Carlota, Ste 600
Laguna Hills, CA 92653
949 859 9200 / Fax : 949 954 8333
sahelianlaw@me.com

Attorney for all Defendants

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **WALTER FORD**, <br><br> Plaintiff, <br><br> v. <br><br> **WALTER W. CARNWRIGHT,** in individual and representative capacity as trustee of the Carnwright Family Trust Dated 7-19-04; **MARILYN K. CARNWRIGHT,** in individual and representative capacity as trustee of the Carnwright Family Trust Dated 7-19-04; **AUTOWORKS SPECIALISTS OF APPLE VALLEY, LLC,** a California Limited Liability Company; and Does 1-10, <br><br> Defendants. | Case No. 5:19-cv-00997-FMO-AGR <br><br> **JOINT REPORT REGARDING MEDIATION** |

Through their respective attorneys of record, Plaintiff WALTER FORD and Defendants WALTER W. CARNWRIGHT; MARILYN K. CARNWRIGHT; AUTOWORKS SPECIALISTS OF APPLE VALLEY, LLC, jointly report that the within matter was mediated on March 3, 2021 before assigned panel mediator, Jean M. Lawler. The <u>case did not settle</u> at the mediation.

At the mediation, Plaintiff was represented by Raymond G. Ballister, Jr.; and Defendants were represented by Ara Sahelian. Mr. Carnwright, as the landlord and owner of the business Autoworks Specialists of Apple Valley, LLC, was present at the mediation.

<u>Mediation Efforts</u>:

Counsel of record, client representatives and parties with full authority to negotiate a settlement and execute an agreement resolving all of the issues in this matter participated in the mediation. The <u>case did not settle</u> at the mediation.

Dated: March 10, 2021        CENTER FOR DISABILITY ACCESS

By: <u>/s/ Elliott Montgomery</u>
Elliott Montgomery
Attorney for Plaintiff

Dated: March 10, 2021        SAHELIAN LAW OFFICES

By: <u>/s/ Ara Sahelian</u>
Ara Sahelian
Attorney for all Defendants

## SIGNATURE ATTESTATION

Pursuant to Civil L.R 5-4.3.4(a)(2)(i), I hereby attest that all other signatories listed, and on whose behalf the filing is submitted, concur in this document's content and have authorized the filing of this document with the use of their electronic signature.

Dated: March 10, 2021              CENTER FOR DISABILITY ACCESS

                                   By: */s/Elliott Montgomery*
                                   Elliott Montgomery
                                   Attorney for Plaintiff