CENTER FOR DISABILITY ACCESS
Ray Ballister Jr., Esq., SBN 111282
Russell Handy, Esq., SBN 195058
Dennis Price, Esq., SBN 279082
Christopher A. Seabock, Esq., SBN 279640
Mail: 8033 Linda Vista Road, Suite 200
San Diego, CA 92111
(858) 375-7385; (888) 422-5191 fax
ChrisS@potterhandy.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Walter Ford,** | ) Case No.: 5:19-cv-00997-FMO-AGR |
| Plaintiff, | ) |
| v. | ) **PLAINTIFF'S UPDATEDMEMORANDUM** |
| | ) **OF CONTENTIONS OF FACT AND LAW** |
| **Walter W. Carnwright,** in | ) |
| individual and representative | ) Final Pretrial Conference: October 29, 2021 |
| capacity as trustee of the Carnwright | ) Time: 10:00 a.m. |
| Family Trust Dated 7-19-04; | ) |
| **Marilyn K. Carnwright,** in | ) Complaint Filed: May 31, 2019 |
| individual and representative | ) Trial Date: November 16, 2021 |
| capacity as trustee of the Carnwright | ) |
| Family Trust Dated 7-19-04; | ) |
| **Autoworks Specialists of Apple** | ) |
| **Valley, LLC,** a California Limited | ) Honorable Judge Fernando M. Olguin |
| Liability Company; and Does 1-10, | ) |
| Defendants. | ) |

Pursuant to Local Rule 16-4, Plaintiff hereby submits his Memorandum of Contentions of Fact and Law.

1

# I. PRELIMINARY STATEMENT

Plaintiff Walter Ford is a California resident with physical disabilities. He is an amputee and uses a wheelchair for mobility.

Defendants Walter W. Carnwright and Marilyn K. Carnwright are the owners of the property located at 22367 CA-18, Apple Valley, California, on which the Autoworks Specialists of Apple Valley ("Autoworks") is located. Defendant Autoworks Specialists of Apple Valley, LLC owns and operates the Autoworks.

On May 9, 2019, Mr. Ford went to the Autoworks. Mr. Ford found that there was parking provided for customers, but none designated for use by persons with disabilities. Mr. Ford asked a male employee where disabled parking was and was directed to park in the rear of the Autoworks. However, the area behind the Autoworks was unpaved and also had no designated accessible parking space.

Mr. Ford needs a parking space with an access aisle to ensure he has enough room to safely transfer between his vehicle and wheelchair. The lack of disabled parking at the Autoworks deprived Mr. Ford of full and equal access to its facilities and caused him difficulty and discomfort.

On August 29, 2019, Plaintiff's expert, Ms. Janis Kent, inspected the Autoworks. Ms. Kent confirmed that, while the Autoworks offered parking, it failed to offer accessible parking. She further provided three potential locations, suitable to install a designated parking space.

The Autoworks is only five minutes away from Mr. Ford's home. Therefore, it is a convenient place for him to have his truck smog checked. However, Mr. Ford is currently deterred from visiting the Autoworks because of his knowledge of the condition of the parking.

Memo of Contentions of Fact and Law                    Case #: 5:19-cv-00997-FMO-AGR

## II. PLAINTIFF'S CLAIMS

<u>Claim 1: Violation of the Americans with Disabilities Act of 1990 ("ADA")</u>

*Elements*

(1) The plaintiff is disabled within the meaning of the ADA [42 U.S.C. § 12102(1)(A)];

(2) The defendant owns, leases, or operates a place of public accommodation [42 U.S.C. § 12182(a)]; and

(3) The defendant discriminated against the plaintiff within the meaning of the ADA. The plaintiff will prove discrimination if (a) Defendant's facility had unlawful architectural barriers, the removal of which is readily achievable [42 U.S.C. § 12182(b)(2)(A)(iv)]; and (b) the Plaintiff encountered the architectural barrier precluding his full and equal access to the facility [42 U.S.C. § 12188(a)].

*Key Evidence*

(1) The testimony of Plaintiff Walter Ford;

(2) The testimony of Randall Marquis;

(3) The testimony of Janis Kent;

(4) Photographs of the Autoworks Specialists of Apple Valley taken May 27, 2019;

(5) Photographs of the Autoworks Specialists of Apple Valley taken May 4, 2020;

(6) Photographs of the Autoworks Specialists of Apple Valley taken by Janis Kent on August 29, 2019.

<u>Claim 2: Violation of the Unruh Civil Rights Act (Cal. Civ. §§ 51-53)</u>

Any violation of the Americans with Disabilities Act is a violation of the Unruh Civil Rights Act. Civ. Civ. § 51(f). To recover damages under section 52(a), Plaintiff must show Plaintiff either encountered the violation, denying him full and equal access, or was deterred from accessing the place of public accommodation because of his knowledge of a violation that would have denied him full and equal access. Cal. Civ. Code § 55.56(a)-(c); CACI 3070.

Thus, the evidence for Claim 2 is identical to that of Claim 1.

3

<u>Anticipated Evidentiary Issues</u>

None at this time.

<u>Anticipated Issues of Law</u>

None at this time.

## III. BIFURCATION OF ISSUES

None.

## IV. BENCH TRIAL

The parties have agreed to proceed by bench trial.

## V. ATTORNEYS' FEES

Attorneys' fees are recoverable under the ADA. Should Plaintiff prevail, Plaintiff anticipates filing a motion for attorneys' fees.

## VI. ABANDONMENT OF ISSUES

Plaintiff will retain all claims raised in his Complaint.

Dated: October 8, 2021                    CENTER FOR DISABILITY ACCESS


By: <u>/s/ Christopher A. Seabock</u>
CHRISTOPHER A. SEABOCK
Attorneys for Plaintiff