# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | ED CV 19-0997 FMO (AGRx) | Date | November 10, 2021 |
|---|---|---|---|
| Title | Walter Ford v. Walter W. Carnwright, et al. | | |

Present: The Honorable **Fernando M. Olguin, United States District Judge**

| V.R. Vallery | Maria Bustillos | None |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorney Present for Plaintiff(s):  Attorney Present for Defendant(s):

James Richard Boyd  Ara Sahelian

**Proceedings:**   **Pretrial Conference**

The Court and counsel confer regarding the parties' pretrial filings. Following discussions with counsel, the Court **vacates** the November 29, 2021, trial date. Defendants shall identify and provide their expert disclosures no later than **December 31, 2021**. All discovery relating to defendant's expert shall be completed no later than **January 31, 2022**.

A separate order will be issued setting a trial date and other pretrial deadlines.

IT IS SO ORDERED.

|  | 00 | : | 26 |
|---|---|---|---|
| Initials of Preparer | | | vrv |