UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | ED CV 19-0997 FMO (AGRx) | Date | April 8, 2022 |
|---|---|---|---|
| Title | Walter Ford v. Walter W. Carnwright, et al. | | |

| Present: The Honorable | Fernando M. Olguin, United States District Judge | |
|---|---|---|
| Gabriela Garcia | None | None |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorney Present for Plaintiff(s):      Attorney Present for Defendant(s):

None Present      None Present

**Proceedings:**      (In Chambers) Order to Show Cause Re: Pretrial Filings

Pursuant to the Court's Order of November 15, 2021, the parties were required to "lodge their revised Proposed Pretrial Conference Order and file their revised Pretrial Exhibit Stipulation and witness declarations no later than January 31, 2022."[1] (See Dkt. 97, Court's Order of November 15, 2022, at 1).

As of the filing date of this Order, the parties have not lodged their revised Proposed Pretrial Conference Order or filed their revised Pretrial Exhibit Stipulation and witness declarations. (See, generally, Dkt.). Accordingly, IT IS ORDERED THAT, no later than **April 11, 2022**, the parties shall show cause in writing why sanctions should not be imposed for failure to comply with the Court's Order of November 15, 2021. **Failure to submit a response to this Order by the deadline set forth above may result in the imposition of sanctions and/or dismissal of this action for lack of prosecution.** See Fed. R. Civ. P. 41(b); Link v. Wabash R.R. Co., 370 U.S. 626, 629-30, 82 S.Ct. 1386, 1388 (1962); Pagtalunan v. Galaza, 291 F.3d 639, 642 (9th Cir. 2002), cert. denied, 538 U.S. 909 (2003).

|  | 00 : 00 |
|---|---|
| Initials of Preparer | gga |

---

[1] The Court's Order of January 26, 2022, did not modify this deadline. (See Dkt. 98, Court's Order of January 26, 2022, at 1 n. 2.) (explaining that "[e]xcept as set forth in th[e] order, the parties shall comply with all the dates and requirements set forth in the Court's Order of November 15, 2021 (Dkt. 97).").