CENTER FOR DISABILITY ACCESS
Amanda Seabock, Esq., SBN 289900
Chris Carson, Esq., SBN 280048
Dennis Price, Esq., SBN 279082
Christopher A. Seabock, Esq., SBN 279640
100 Pine St., Ste 1250
San Francisco, CA 94111
(858) 375-7385; (888) 422-5191 fax
ChrisS@potterhandy.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**Walter Ford,**

    Plaintiff,

  v.

**Walter W. Carnwright,** in individual and representative capacity as trustee of the Carnwright Family Trust Dated 7-19-04; **Marilyn K. Carnwright,** in individual and representative capacity as trustee of the Carnwright Family Trust Dated 7-19-04; **Autoworks Specialists of Apple Valley, LLC,** a California Limited Liability Company; and Does 1-10,

    Defendants.

Case No.: 5:19-cv-00997-FMO-AGR

**Declaration of Christopher A. Seabock in Response to Order to Show Cause**

Honorable Judge Fernando M. Olguin

1. I, the undersigned, am an attorney for Plaintiff Walter Ford and in that capacity have familiarity with this case. I can competently testify to the following based on my own knowledge and experience.

2. Following the Court's issuance of its Order re: Further Proceedings on November 15, 2021 [Dkt. 97], which set forth deadlines to file the revised proposed pretrial conference order, pretrial exhibit stipulation, and witness declarations, Plaintiff's counsel calendared said deadlines.

3. Litigation, as it pertained to Defendants' new expert witness, continued as planned.

-1-

4. However, when the Court issued its Order on January 26, 2022 [Dkt. 98], continuing the pretrial conference, Plaintiff's counsel mistakenly marked the filing deadlines as continued, as well.

5. Thus, until the Court issued its Order to Show Cause [Dkt. 99], Plaintiff's counsel believed the case to comply with the Court's deadlines.

6. Plaintiff's counsel apologizes for this error.

7. Since receipt of the Court's OSC, Plaintiff's counsel has provided draft revised versions of the pretrial conference order and exhibit stipulation to defense counsel.

8. Plaintiff's counsel is also in the process of obtaining Plaintiff's witness declarations.

9. Counsel will file these with the Court as soon as possible to prevent any further delay.

10. Plaintiff requests the Court discharge its Order as the result of a good-faith calendaring error and not apathy or neglect toward the Court's authority.

I declare under penalty of perjury under the laws of the State of California and the United States that the foregoing is true and correct.

Dated: April 8, 2022

CENTER FOR DISABILITY ACCESS

By:   /s/ Christopher A. Seabock
      Christopher A. Seabock
      Attorneys for Plaintiff